# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GREENBRIER HOTEL CORPORATION, THE GREENBRIER SPORTING CLUB, INC., GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC., OLD WHITE CHARITIES, INC., and OAKHURST CLUB LLC, <br><br> Plaintiffs, <br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, ALLIED WORLD INSURANCE COMPANY, LLOYDS SYNDICATE SJC, AON PLC, LLOYDS SYNDICATE ATL, LLOYDS SYNDICATE BRT, LLOYDS SYNDICATE TAL, LLOYDS SYNDICATE CNP, LLOYDS SYNDICATE MKL, ENDURANCE UK, n/k/a SOMPO INTERNATIONAL, OIL CASUALTY INSURANCE LTD., LLOYDS SYNDICATE CHN, LIBERTY SURPLUS INSURANCE CORPORATION, ARCH INSURANCE COMPANY, RSUI INDEMNITY COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, NOVAE BERMUDA UNDERWRITING LTD., ASPEN BERMUDA LIMITED, LLOYDS SYNDICATE 4444 (SOMPO CANOPIOUS), IRONSHORE SPECIALTY INSURANCE COMPANY, LLOYDS SYNDICATE MMX, LLOYDS SYNDICATE TMK LLOYDS SYNDICATE RNR, LLOYDS SYNDICATE ASC, LLOYDS SYNDICATE HCC, LLOYDS SYNDICATE AFB, TOKIO MARINE AMERICA INSURANCE, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, and RESORT HOTEL INSURANCE SERVICES INC. d/b/a RESORT HOTEL INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION No. 5:17-cv-03784 <br> (formerly Civil Action No. 17-C-124) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Greenbrier Hotel Corporation, The Greenbrier Sporting Club Inc., Greenbrier Sporting Club Development Company Inc., Old White Charities, Inc., and Oakhurst Club LLC., by and through its counsel, hereby gives notice of its voluntary dismissal of this case without prejudice against all defendants listed.

    Respectfully submitted,

    /s/ William Ihlenfeld II
    Brian Glasser (WV Bar No. 6597)
    William J. Ihlenfeld II (WV Bar No.7465)
    Jonathan Marshall (WV Bar No. 10580)
    Bailey & Glasser LLP

    209 Capitol Street
    Charleston, WV 25301
    Phone: (304) 345-6555
    Fax: (304)342-1110
    wihlenfeld@baileyglasser.com

    *Counsel for Plaintiffs*

Dated: September 12, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  A copy of the forgoing was also sent to the following counsel via USPS Mail:

Gregory R. Riehle
Resort Hotel Association
2100 E. Cary Street, Floor 3
Richmond, VA 23223

Lee Murray Hall, Esquire
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV  25626-2688

John R. Landis, Esquire
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL  60654-5313

Brent K. Kesner
Kesner & Kesner, PLLC
P.O. Box 2587
112 Capitol Street
Charleston, WV 25329

Matthew M. Burke, Esquire
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199

James M. Dennis, Esquire
Mound Cotton Wollan & Greengrass LLP
LLP One New York Plaza 44th Floor
New York, NY  10004

Dara A. DeCourcy, Esquire
ZIMMER KUNZ, PLLC
1280 Suncrest Towne Centre
Morgantown, WV  26505

      Respectfully Submitted,

      */s/ William J. Ihlenfeld*
      William J. Ihlenfeld, II